

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00085-CV

| | | |
|---|---|---|
| ANGELIA ARBUCKLE, Appellant | § | On Appeal from the 78th District Court |
| | § | of Wichita County (DC78-CV2020-2437) |
| V. | § | February 17, 2022 |
| WICHITA COUNTY TEXAS ADULT PROBATION, Appellee | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that Angelia Arbuckle shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
     Chief Justice Bonnie Sudderth